Michael K. Brown (SBN 104252)
Thomas J. Yoo (SBN 175118)
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071
Telephone: 213.457.8000
Facsimile: 213.457.8080
Email: mkbrown@reedsmith.com
tyoo@reedsmith.com

Steven J. Boranian (SBN 174183)
Amanda Murray (SBN 223829)
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111-3922
Telephone: 415.543.8700
Facsimile: 415.391.8269
Email: sboranian@reedsmith.com
amurray@reedsmith.com

Attorneys for Defendants
Merck & Co., Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK KENNY, et al.,<br><br>    Plaintiff,<br><br>vs.<br><br>MERCK & CO. INC., et al.<br><br>    Defendants. | No.: 3:06-cv-06989-SI<br><br>STIPULATION AND PROPOSED ORDER STAYING PROCEEDINGS PENDING TRANSFER TO VIOXX MDL NO. 1657<br><br>**Honorable Susan Illston** |

1  TO THE CLERK OF THE COURT OF THE UNITED STATES DISTRICT COURT FOR
2  THE NORTHERN DISTRICT OF CALIFORNIA, PLAINTIFFS AND DEFENDANT, THROUGH
3  THEIR ATTORNEYS, FILE THIS STIPULATION AND PROPOSED ORDER.

5  This case, *Jack Kenny, et al. v. Merck & Co., Inc., et al.* Case Number 3:06-cv-06989-SI, was
6  filed in state court on September 26, 2006 and removed to this Court on November 8, 2006. No
7  discovery has been conducted or scheduled.

9  On November 14, 2006, Merck, pursuant to Rule 7.5(c) of the Rules of Procedure of the
10 Judicial Panel on Multidistrict Litigation ("R.P.J.P.M.L."), provided notice to the MDL Panel of the
11 pendency of this "tag-along" action and furnished the MDL Panel with a copy of the docket sheet
12 and complaint. Merck requested that the MDL Panel transfer this action to the multidistrict litigation
13 known as In re Vioxx Products Liability Litigation, MDL No. 1657, currently pending in the Eastern
14 District of Louisiana, District Judge Eldon Fallon presiding. Merck expects the JPML to issue a
15 conditional transfer order that includes this case in the next few weeks.

17 Plaintiffs do not oppose the transfer of this case to the Vioxx MDL.

19 In light of the pending transfer of this case to the Vioxx MDL, the parties respectfully
20 request that all proceedings be stayed so as to allow the JPML to rule on transfer of this tag along
21 action.
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28

SO STIPULATED.

Dated: December 19, 2006

REED SMITH LLP

By: _____
Amanda Murray
Attorney for Defendant
MERCK & CO., INC.

Dated: December 19, 2006

KERSHAW CUTTER & RATINOFF LLP

By: _____
David E. Smith
Attorney for Plaintiffs

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

— 2 —
STIPULATION AND PROPOSED ORDER STAYING PROCEEDINGS PENDING TRANSFER TO MDL

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED that the above terms of this Stipulation are approved by this Court.

Dated:

_[signature: Susan Illston]_

United States District Judge